# Board of Law Examiners

Appointed by the Supreme Court of Texas

December 07, 2020

Roberrt Kennneth (Kent) Wellington, II
Via: E-Mail

Acknowledgment Letter

Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

> **Non-resident attorney: Roberrt Kennneth (Kent) Wellington, II**
>
> **Case: 4:20-cv-03758**
>
> **Texas court or body: U.S. District Court for the Southern District of Texas, Houston Division**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Signed,

Susan Henricks
Executive Director

| MAILING ADDRESS | | STREET ADDRESS |
|---|---|---|
| | TELEPHONE: 512- 463-1621 - FACSIMILE: 512- 463-5300 | |
| Post Office Box 13486 | WEBSITE: www.ble.texas.gov | 205 West 14th Street, Ste.500 |
| Austin,Texas 78711-3486 | | Austin, Texas 78701 |

**EXHIBIT A**