IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERIME MILLS | § § § | |
| Plaintiff, | § § | C.A. NO. 4:20-cv-03758 |
| v. | § § | |
| RELADYNE WEST, LLC AND RELADYNE, LLC | § § § | |
| Defendants. | § § | |

### Affidavit of Joseph A. Garnett

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared, Joseph A. Garnett, who, being by me here and now duly sworn upon oath says:

"My name is Joseph A. Garnett. I am over the age of eighteen (18) years, am of sound mind, and am fully competent to testify in all matters stated herein. I find Applicant to be a reputable attorney and recommend that Applicant be granted permission to participate in the particular proceeding before the court."

Joseph A. Garnett

Sworn to and Subscribed before me on ~~this the~~ 8th day of December 2020.

NOTARY PUBLIC, STATE OF TEXAS

Joseph A. Garnett
PRINTED NAME

My Commission Expires on: 9-27-24

ELISA DENIO
Notary Public, State of Texas
Comm. Expires 09-27-2024
Notary ID 2937861

**EXHIBIT B**