IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JERIME MILLS** | § | |
| | § | |
| Plaintiff, | § | |
| | § | C.A. NO. 4:20-cv-03758 |
| v. | § | |
| | § | |
| **RELADYNE WEST, LLC AND** | § | |
| **RELADYNE, LLC** | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTNG ROBERT KENNETH (KENT) WELLINGTON, II'S MOTION FOR ADMISSION PRO HAC VICE

ON THIS DAY came on for consideration Robert Kenneth (Kent) Wellington, II's Motion for Admission *Pro Hac Vice*. After considering the Motion, the Court is of the opinion that the motion should be granted in all respects.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Robert Kenneth (Kent) Wellington, II is admitted *pro hac vice* in the above-entitled and numbered cause.

SIGNED on this _____ day of _____, 2020.

_____
JUDGE PRESIDING