United States District Court
Southern District of Texas

**ENTERED**

March 10, 2021

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JERIME MILLS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.   4:20-3758 |
| | § | |
| RELADYNE WEST, LLC AND | § | |
| RELADYNE LLC, | § | |
| *Defendants*. | § | |

**DOCKET CONTROL ORDER**

This case will be controlled by the following schedule.

1. May 10, 2021    **MOTIONS TO AMEND THE PLEADINGS**

2. May 10, 2021    **MOTIONS TO ADD NEW PARTIES**.  The attorney causing the addition of new parties will provide copies of this Order and all orders previously entered into the case to new parties.

3. N/A    **MOTIONS TO CERTIFY CLASS.**  The party seeking certification will file a motion and supporting memorandum by this date.

4. August 2, 2021    Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by FED. R. CIV. P. 26(a)(2)(B).

5. September 13, 2021    Identification of responsive experts and production of experts' reports in the form required by FED. R. CIV. P. 26(a)(2)(B).

6. December 31, 2021    **COMPLETION OF DISCOVERY**.  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. N/A    **LIMITS ON DISCOVERY**.  [[FILL IN IF APPLICABLE]].

8. October 22, 2021    **MEDIATION required**

9. January 15, 2022    **DISPOSITIVE MOTIONS**

10. April 8, 2022      **ALL OTHER PRETRIAL MOTIONS**

11. May 6, 2022      **JOINT PRETRIAL ORDER** and **MOTIONS IN LIMINE**.  Plaintiff is responsible for timely filing the <u>complete joint</u> pretrial order.  The Court will not accept separate versions of the pretrial order.

12. May 13, 2022      **DOCKET CALL**.   No instrument filed within 7 days of docket call will be considered.  All pending motions may be ruled on at docket call,

3:00 p.m.      and the case will be set for trial if the complete joint pretrial order has been filed.


Signed on March 10, 2021, at Houston, Texas.


_____
Christina A. Bryan
United States Magistrate Judge

2